SEAN K. KENNEDY (Bar No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
HILARY POTASHNER (Bar No. 167060)
(E-Mail: hilary_potashner@fd.org)
JOHN LITTRELL (Bar No. 221601)
(E-Mail: john_littrell@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5310
Facsimile: (213) 894-0081

Attorneys for Defendant
PAUL ANTHONY CIANCIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-902-PSG |
| Plaintiff, | **STIPULATION** |
| v. | |
| PAUL ANTHONY CIANCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Patrick Fitzgerald, and defendant Paul Anthony Ciancia, by and through his attorneys of record, Deputy Federal Public Defenders Hilary Potashner and John Littrell, that the government shall not seek, nor be provided, without the express approval of the defense, any statements made by defendant Paul Anthony Ciancia to Dr. Hope or Dr. Toh of the Federal Bureau of Prisons during the course of any risk assessment being done for the

purpose of assessing Mr. Ciancia's suitability to be housed in any particular unit within the MDC-LA.

IT IS SO STIPULATED.

SEAN K. KENNEDY
Federal Public Defender

DATED: March 13, 2014   By _____
HILARY POTASHNER
JOHN LITTRELL
Deputy Federal Public Defenders

Attorneys for Defendant
PAUL ANTHONY CIANCIA


ANDRÉ BIROTTE JR.
United States Attorney

DATED: March 13, 2014   By _____
PATRICK FITZGERALD
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2