Hilary Potashner, DFPD (No. 167060)
John Littrell, DFPD (No. 221601)
Deputy Federal Public Defenders
321 E. 2nd St., Los Angeles, CA 90012
Tel: (213) 894-5310   Fax: (213) 894-0081

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>PLAINTIFF(S)<br>v.<br>Paul Anthony Ciancia<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CR 13-902-PSG<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

- Ex Parte Application to File in Camera and Under Seal (In Camera and Under Seal)
- [Proposed] Orders
- Ex Parte Application (In Camera and Under Seal)
- [Proposed] Order (In Camera and Under Seal)

**Reason:**

- [✓] Under Seal and/or In Camera
- [ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- [ ] Electronic versions are not available to filer
- [ ] Per Court order dated _____
- [ ] Manual Filing required ( *reason* ):

| | |
|---|---|
| May 4, 2015<br>Date | John Littrell<br>Attorney Name<br>Paul Anthony Ciancia<br>Party Represented |

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (01/14)                                                          **NOTICE OF MANUAL FILING**