HILARY POTASHNER (Bar No. 167060)
(E–Mail: Hilary_Potashner@fd.org)
Federal Public Defender
JOHN LITTRELL (Bar No. 221601)
(E–Mail: John_Littrell@fd.org)
EMILY J.M. GROENDYKE (Bar No. 264102)
(E–Mail: Emily_Groendyke@fd.org)
GARY ROWE (Bar No. 165453)
(E–Mail: Gary_Rowe@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

RICHARD G. NOVAK (Bar No. 149303)
(E–Mail: richard@rgnlaw.com)
65 N. Raymond Ave., Suite 320
Pasadena, California 91103
Telephone: (626) 578-1175
Facsimile: (626) 685-2562

Attorneys for Petitioner
PAUL ANTHONY CIANCIA

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAUL ANTHONY CIANCIA,<br><br>　　　　　Defendant. | Case No. CR 13-00902-PSG<br><br>**OBJECTIONS TO THE PRESENTENCE REPORT AND RECOMMENDATION** |

Paul Ciancia, through his counsel, Deputy Federal Public Defender John Littrell, submits the following objections to the Presentence Report and Disclosed Recommendation Letter in this case. Additional objections to portions of the Report and Disclosed Recommendation Letter will be filed *under seal.*

                                    Respectfully submitted,

                                    HILARY POTASHNER
                                    Federal Public Defender

DATED: October 25, 2016      By  */s/ John Littrell*
                                    JOHN LITTRELL
                                    EMILY J.M. GROENDYKE
                                    GARY ROWE
                                    Deputy Federal Public Defenders

                                    RICHARD G. NOVAK
                                    Law Offices of Richard G. Novak

                                    Attorneys for Defendant
                                    PAUL ANTHONY CIANCIA

# OBJECTIONS TO THE PRESENTENCE REPORT

**FACE SHEET**

Page 1:  Remove "Novak" as middle name for Emily Groendyke.

Page 3:  Date of Arrest:  This should be November 1, 2013, not November 12, 2013. Mr. Ciancia was in continuous custody from the moment he was arrested at LAX.

Page 3:  Residence Address:  Mr. Ciancia's last address in Los Angeles was 10894 Olinda Street, Apartment 111, Sun Valley, California.

**PART A:  THE OFFENSE**

Paragraph 19:  The sentence "On May 20, 2013, Ciancia purchased via the internet ten magazines for his rifle and had such shipped to Ciancia's home" should be changed to "On May 20, 2013, Ciancia purchased via the internet ten magazines for his rifle and had such shipped to James Mincey's home."

Paragraph 20:  The sentence "A name tag with Ciancia's then current address was on the baggage" should be changed to "A name tag with Ciancia's former address was on the baggage."

Paragraph 25:  Remove [sic].

Paragraph 37:  The word "belongs" should be "belongings."

**PART C:  OFFENDER CHARACTERISTICS**

Paragraph 110:  "Mohlberg" should be "Moberg."

Paragraph 125:  This paragraph, which describes the killing of insects and animals, is too far removed from the offense conduct and it is not a meaningful part of Ciancia's history and characteristics.  It is not relevant or helpful to the Court in imposing sentence or to the BOP in housing Mr. Ciancia.  It is prejudicial to Mr. Ciancia, and it should be removed.

|   |   |
|---|---|
| | Moreover, Ciancia did not kill the goose referenced in this paragraph. |
| Paragraph 136: | This paragraph, which describes a half-finished tattoo on Ciancia's ankle, is likewise too far removed from the offense conduct or Ciancia's history and characteristics to be relevant or helpful to the Court in imposing sentence or to the BOP in housing Mr. Ciancia. It is prejudicial to Mr. Ciancia and should be removed. If the paragraph remains, the word "compete" should be "complete." |
| Paragraph 149: | Ciancia paid $80 for this gun, which was a .25 caliber handgun. |
| Paragraph 151: | Ciancia's rifle came with a ten-round magazine. He purchased the 30-round magazines separately. |
| Paragraph 154: | The knife that Ciancia took with him to the shower was to cut his throat, not his wrists, in the event of an FBI raid. |
| Paragraph 158: | Ciancia was not "impressed" that he no longer found horror films scary; that was merely something that he noticed. |
| Paragraph 160: | "Hillary Potashner" should be "Hilary Potashner" |
| Paragraph 183: | Ciancia's use of the drug "Norco" does not qualify as "illicit drug use" because the drug had been prescribed to him by his physician. |
| Paragraph 187: | It is not true that Ciancia was unsuccessful finding work in Florida. As indicated in Paragraph 190, Ciancia worked at Kissimmee Go Carts in Florida. |
| Paragraph 192: | Ciancia worked briefly for FedEx Ground, not United Parcel Service. |

**DISCLOSED RECOMMENDATION LETTER:**

Page 7: The sentence "Ciancia believes he will get out of prison when the world begins" should be "Ciancia believes he will get out of prison when the revolution begins."

# **PROOF OF SERVICE**

I, Diana Miner, declare that I am a resident or employed in Los Angeles County, CALIFORNIA; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached Objections To The Presentence Report And Recommendation *Under Seal* on the following individual(s) by:

| ☐ Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | ☐ Placing same in an envelope for hand delivery addressed as follows: | ☐ Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | X E-Mail as follows: |

Nancy O'Connor
E-Mail - Nancy_Oconnor@cacp.uscourts.gov
United States Probation Officer
Woodland Hills. CA 91367

This proof of service is executed at Los Angeles, California, on October 25, 2016.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                              */S/ Diana Miner*
                              Diana Miner