EILEEN M. DECKER
United States Attorney
PATRICK R. FITZGERALD (Cal. Bar No. 135512)
Chief, National Security Division
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorney
Terrorism and Export Crimes Section
JOANNA M. CURTIS (Cal. Bar No. 203151)
Assistant United States Attorney
Violent and Organized Crime Section
MICHAEL S. WARBEL (Ohio State Bar No. 0074369)
Trial Attorney, U.S. Department of Justice
1500/1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:   (213) 894-4591/0627/0298
Facsimile:   (213) 894-6436
E-mail:   Patrick.Fitzgerald@usdoj.gov
          Melissa.Mills@usdoj.gov
          Joanna.Curtis@usdoj.gov
          Michael.Warbel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-902-PSG |
|---|---|
| Plaintiff, | VICTIM IMPACT STATEMENT OF TONY GRIGSBY |
| v. | |
| PAUL ANTHONY CIANCIA, | Date:       November 7, 2016, Time:       1:00 p.m. Courtroom:   Hon. Philip S. Gutierrez |
| Defendant. | |

1

1  Plaintiff United States of America, by and through its counsel
2 of record, the Office of the United States Attorney for the Central
3 District of California, hereby submits the victim impact statement
4 of Tony Grigsby.

6 Dated: October 31, 2016          Respectfully submitted,

7                                  EILEEN M. DECKER
                                   United States Attorney
8

9                                  /s/Joanna M. Curtis
                                   PATRICK R. FITZGERALD
10                                 MELISSA MILLS
                                   JOANNA M. CURTIS
11                                 Assistant United States Attorneys

12                                 MICHAEL S. WARBEL
                                   Trial Attorney, U.S. Department of
13                                 Justice

14                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

My name is Tony Grigsby, and I am a survivor of the public shooting that occurred at Los Angeles International Airport, on November 1st, 2013. While this event did not claim the number of lives as most other mass shootings, this event changed the way we view public safety in our airports, and other public areas. This event has forever changed my life, and the lives of all of the other workers, travelers, friends and families of those present at the airport that fateful Friday morning.

Words cannot describe the ways in which this event has changed my life, or the impact this event has had on my future. While I cannot speak for everyone present in the airport that day, I believe that this shooting taught me an important lesson- to be grateful for the loved ones in my life, and to live each day with the sole purpose of helping to create a better tomorrow.

I will never know what happened to cause Paul Ciancia to bring several automatic weapons into the airport that day, or what motivated him to target TSA agents with the intent to kill innocent people. Gerardo Hernandez, my friend and fellow TSA agent, was one of those innocent people. Because of Mr. Ciancia's actions, Mr. Hernandez' family must learn to live with a level of pain and grief that no one should ever have to experience. Because of Mr. Ciancia's actions, everyone present that day must learn to not let fear, or paranoia prevent them from traveling; from living. Because of Mr. Ciancia's actions, our nation must learn to balance the desire to travel as freely as they so desire, with the terrible reality that at any given time, there may be another Paul Ciancia with the intent of killing someone's son. Daughter. Mother. Father. Even killing their self.

I stand here today not as a victim, but as a survivor. Not as a hero, but someone who did what needed to be done to remove other innocent people from harm's way. Because of Mr. Ciancia's actions, I feel that I have an obligation to help shed light on ways to help ensure that our airports are safe from any security risk like this in the future. I feel that by choosing to not become a victim, but to continue on as a survivor, that I have a responsibility to help others in their time of need, should they ever be faced with similar tragedy. I feel that it is all of our responsibilities however, to help carry this responsibility out, and create a safer and more secure environment for everyone. We owe it to those who have been permanently affected by the terrible actions on that fateful November morning. We owe it to Geraldo Hernandez, who unknowingly would have his life cut short, by simply wearing the wrong uniform at the wrong time, and place.

In light of these events, I would like to publicly send my condolences to all of those individuals who were affected by the events on this day. I would also like to specifically recognize the Hernandez family during this time, and ask that you all remember the family during this time of transition, and loss. I look forward to each of us working together to prevent tragedies like this from happening again in the future.

Respectfully yours,

Tony Grigsby