EILEEN M. DECKER
United States Attorney
PATRICK R. FITZGERALD (Cal. Bar No. 135512)
Chief, National Security Division
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorney
Terrorism and Export Crimes Section
JOANNA M. CURTIS (Cal. Bar No. 203151)
Assistant United States Attorney
Violent and Organized Crime Section
MICHAEL S. WARBEL (Ohio State Bar No. 0074369)
Trial Attorney, U.S. Department of Justice
1500/1300 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone:     (213) 894-4591/0627/0298
Facsimile:     (213) 894-6436
E-mail:   Patrick.Fitzgerald@usdoj.gov
          Melissa.Mills@usdoj.gov
          Joanna.Curtis@usdoj.gov
          Michael.Warbel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-902-PSG |
|---|---|
| Plaintiff, | <u>VICTIM IMPACT STATEMENT OF BRIAN LUDMER</u> |
| v. | |
| PAUL ANTHONY CIANCIA, | Date:        November 7, 2016,<br>Time:        1:00 p.m.<br>Courtroom:   Hon. Philip S. Gutierrez |
| Defendant. | |

1

Plaintiff United States of America, by and through its counsel of record, the Office of the United States Attorney for the Central District of California, hereby submits the victim impact statement of Brian Ludmer.

Dated: November 2, 2016

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

/s/Joanna M. Curtis
PATRICK R. FITZGERALD
MELISSA MILLS
JOANNA M. CURTIS
Assistant United States Attorneys

MICHAEL S. WARBEL
Trial Attorney, U.S. Department of Justice

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Ludmer
11/1/16

    I have been struggling for some time now as to whether or not I would speak to all of you when the time came. Not because I don't have anything to say, but because I'm not sure that speaking out will matter. I'm not sure that whatever I might say will resonate in the meaningful and productive way I would wish it to. That said, I'm sure it goes without saying that this event has had a profound effect on my life, both on me and on my body. I no longer walk without pain, and maybe I never will. I can barely run, and the work I had been doing on my feet in the classroom and in the shop is simply no longer in the cards. I used to take these things for granted and I don't anymore, and it is not hard to find other silver linings when it comes to the practical things. At least I can walk, at least I have my leg, at least I am still here, but that's just how this event has affected my body. What is more difficult to accept, and what I am confronted with most often, is how it has affected me. How it has changed the way I view the world.  The sense of security that I had always known in my own life and for those that I love has been irreparably shaken. I am constantly confronted with a new reality, one where I am anxious in crowds, where I jump at every surprise sound, where I feel completely and utterly vulnerable in the world around me. A new reality for me, but one that I share with so many.

    I have nothing to say to Mr. Ciancia. He is obviously disturbed, and dangerous, and because of what he did he deserves the sentencing that awaits him, but his actions on November 1st, 2013 are symptoms of a much larger problem. If the mental and behavioral assessments that the defense published are to be believed, then even a passing glance at his online activity, his relationships with his family, his home life, and his own inquiry should have raised immediate and serious red flags. It should have entitled him, forced him even, into the mental health care and monitoring that he so clearly required, and in such care he should have been prevented from ever being able to come near an assault rifle, or from being able to buy bullets online. I'm mad at the system that failed him. That is failing all of us. If cases like his are passing by without any red flags, if guns and ammunition can be sold to people without even checking for any such flags, then of course someone like him would do something like this.

    I hesitated to speak today because I am certainly not the first person to say these things, and I am simply losing faith that anyone is listening. Ours are not the first families to experience such tragedy, or even the most recent, and we know there will be more.  By choosing to neglect mental health care, by choosing to prevent comprehensive and common sense gun control legislation we are choosing to accept more shattered families, more painful days like this in a courtroom. I am grateful for the immeasurable outpouring of love and support I have received from my family, friends, coworkers and strangers. My heart brakes for the Hernandez family, and I hope that today brings you some small amount of closure. Thank you.